## McElmurray *v.* Harris.

Candler, J. The right to sue in an action of trover is in the party in whom the title to the personalty was at the time of the conversion.    *Willis* v. *Burch*, 116 *Ga.* 375.    Where such party sues in trover for the use of another, the name of the usee may be treated as surplusage.    *Mitchell* v. *R. Co.*, 111 *Ga.* 771; *Willis* v. *Burch*, supra.    Accordingly, where one who has the legal right brings an action of trover, and pending the action sells the property to another ; and where, without objection, the plaintiff amends his petition so as to make it a suit for the use of his vendee, the sale of the property does not defeat his right to recover, and the allowance, without objection, of the unnecessary amendment, will not invalidate the verdict and judgment in his favor. See *Wood* v. *McGuire*, 21 *Ga.* 576 ; *Suwanee Co.* v. *Baxter*, 109 *Ga.* 600.
                    *Judgment affirmed.    By five Justices.*

Submitted March 17,—Decided April 8, 1903.

Trover.    Before Judge Felton.    Crawford superior court.    March term, 1902.

*Hardeman & Moore*, for plaintiff in error.
*M. G. Bayne*, contra.